# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT A. CANE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEW BRITAIN POLICE DEPARTMENT, ) <br> ET AL. ) <br> ) <br> Defendants. ) <br> ) | 3:16-cv-01638-VLB <br><br><br><br><br><br><br><br><br> April 28, 2021 |

## SUPPLEMENTAL DECLARATION OF
## DONALD E. FRECHETTE PURSUANT TO 28 U.SC. § 1746

I, Donald E. Frechette, declare under penalty of perjury under the laws of the United States of America that the following statements are, to the best of my knowledge, true and correct:

1. My name is Donald Frechette and I am submitting this declaration in support of my motion to withdraw from representation of the plaintiff, Robert Cane ("**Plaintiff**") in the above-captioned matter.

2. Unless otherwise stated, I have personal knowledge of the facts set forth herein and would be competent to testify as to such facts at a hearing.

3. I am presently a partner with the law firm of Locke Lord, LLP. I have been a partner with Locke Lord since 1991, and a member of the bar since 1981.

4. On April 26, 2021, I submitted a Motion to Withdraw from representation of the Plaintiff. [ECF No. 155.]

5. I have provided the Plaintiff with actual notice of the Motion by mailing a copy of the Motion to Withdraw, along with the corresponding Memorandum of Law and Declarations in support thereof, to the Plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 28, 2021

_____
Donald E. Frechette