Scanned and Emailed
Osborn C.I.
# of pages 9
Date 3/8/22 Initials AL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Robert A. Cane
v.                                    CASE# 3:16-CV-01638 (SLAM)
New Britain Police Department
   et. al.                  MARCH 7, 2022

### Motion To Remove Counsel For Cause

THE PLAINTIFF RESPECTFULLY REQUESTS THAT THE COURT DISCHARGE THE COURT APPOINTED, PRO BONO, COUNSEL, K.J. ANTHONY FOR CAUSE. I REQUEST THAT HE BE REMOVED FROM THIS ACTION, IMMEDIATELY.

ATTORNEY ANTHONY IS IN VIOLATION OF A NUMBER OF RULES OF PROFESSIONAL CONDUCT. IN THE PREAMBLE IT STATES THAT A LAWYER, "IN ALL PROFESSIONAL FUNCTIONS A LAWYER SHOULD BE COMPETENT, PROMPT AND DILIGENT. A LAWYER SHOULD MAINTAIN COMMUNICATION WITH THE CLIENT CONCERNING REPRESENTATION." HE IS ALSO IN VIOLATION OF RULE 1.1, 1.2, 1.3 AND RULE 1.4.

SINCE HIS APPOINTMENT ON JULY 7, 2021, ATTORNEY ANTHONY HAS SENT HIS CLIENT, THE

- 1 -

Plaintiff in this action 3 letters. My first contact was a letter dated September 27, 2021, it was recieved the first week of October 2021. It was in regards to his Supplemental Motion to Withdraw. (See Exhibit A) attached This was 80 days after his appointment and in violation of Local Rule 5(b) This letter was sent 3 (three) days after the Court threatened to cancel his membership to the Bar of the United States District Court System. See Transmittal dated September 24, 2021. (Exhibit B) attached

2nd Letter: Dated January 10, 2022 Regarding case update - Atty Anthony rehashs information which I provided to him during our 10 minute phone call from Brooklyn CI which I initiated. I had already tried to settle the case in Judge Robert Richardson's Court 2 years earlier. This was old news and not relevant, as I have been a pro se Plaintiff from the beginning of this action. (See Exhibit C) attached

- 2 -

3rd LETTER, DATED MARCH 1, 2022
REGARDING: CASE UPDATE: ATTY. ANTHONY INFORMS ME THAT ONE MONTH EARLIER THE COURT ISSUED AN ORDER TO REVISIT SUMMARY JUDGMENT, AND A RESPONSE IS DUE IN 4 DAYS. HIS DELAY HAS PUT THE CASE IN JEPORDY. (EXHIBIT D)

ATTORNEY ANTHONY SHOULD HAVE IMEDEATELY FILED FOR RELIEF FROM THE ORDER WITH THE APPELLATE COURT UNDER FEDERAL RULES OF CIVIL PROCEDURE, FEDERAL RULE 60. WHICH OBVIOUSLY HE DIDN'T DO AND HASN'T DONE

ATTORNEY ANTHONY HAS FAILED IN HIS DUTIES TO PROPERLY REPRESENT THE PLAINTIFF IN THIS CASE, A CASE IN WHICH HE HAS SPENT MORE TIME TO GET RELIEF FROM HIS APPOINTMENT THAN HE HAS PUT WORK INTO THE CASE. HE HAS MADE NO EFFORT TO OBTAIN THE CASE FILES, IN MY POSSESION.

ATTORNEY ANTHONY HAS FAILED TO UPHOLD THE RULES OF PROFESSIONAL CONDUCT: "IN ALL PROFESSIONAL FUNCTIONS A LAWYER SHOULD BE COMPETENT, PROMPT

- 3 -

AND DILIGENT. A LAWYER SHOULD MAINTAIN COMMUNICATION WITH A CLIENT CONCERNING THE REPRESENTATION."
(FROM THE PREAMBLE) PRECEEDING QUOTE

HE IS ALSO IN VIOLATION OF RULES 1.1 COMPETENCE / 1.2 / 1.3 AND 1.4 JUST TO NAME A FEW.

ATTORNEY ANTHONY HAS MADE IT CLEAR THAT HE WANTS NOTHING TO DO WITH THIS CASE OR ME AND HAS SHOWN THAT WITH HIS LACK OF TIME AND EFFORT TO OBTAIN INFORMATION NEEDED TO EFFECTIVELY REPRESENT ME IN THIS ACTION.

TO CALL ATTY. ANTHONY'S REPRESENTATION OF ME; ~~INEFFECTIVE~~ ASSISTANCE OF COUNCEL WOULD BE AN UNDERSTATEMENT.

BASED ON THE INFORMATION PROVIDED I REQUEST THAT THE COURT DISMISS ~~PRESENT~~ COUNCEL, ATTORNEY ANTHONY FROM THIS CASE, AND MOVING FORWARD THE PLAINTIFF WILL REPRESENT HIMSELF PRO SE ONCE AGAIN.

March 7, 2022 / Robert A. Cane
/ ROBERT A CANE PRO SE
- 4 -                    PLAINTIFF

## CERTIFICATION

THIS IS TO CERTIFY THAT ON MARCH 7, 2022 A COPY OF THE FOREGOING MOTION WAS FILED ELECTRONICALLY THROUGH THE PEFS WITH ACCESS FOR ALL PARTIES.

*/s/ Robert A. Cane*

March 7, 2022    ROBERT A. CANE pro se PLAINTIFF

PLEASE NOTE NEW ADDRESS

ROBERT CANE 203614
OCI / J1-40
335 BILTON Rd
SOMERS, CT 06071